# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JEREMY D. MOUNT, | Case No. 21-CV-1489 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN J. FIKES, D. DRILLING, and J. BEST, | |
| Defendants. | |

The Court has received the August 25, 2022, Report and Recommendation of United States Magistrate Elizabeth Cowan Wright. (ECF No. 90.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 90) is ACCEPTED; and

2. Mount's Emergency Notice of Retaliation and Request for Temporary Restraining Order (ECF No. 85) is DENIED;

3. Mount's Request in the Alternative for a Stay (ECF No. 85) is DENIED.

Dated: September 29, 2022    BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge